IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS,<br><br>   *Plaintiff*,<br><br> v.<br><br>BILL KITSIOS, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 16-04881 |

## **ORDER**

**AND NOW**, this 1st day of June, 2018, upon consideration of Plaintiff J & J Sports' Motion to Enter Default Judgment, (ECF No. 18), it is **ORDERED** that the motion is **GRANTED in part**. Judgment is entered against Bill Kitsios and in favor of J & J Sports in the amount of $2,200.

It is further **ORDERED** that Plaintiff J & J Sports shall file its application for costs and reasonable attorneys' fees pursuant to 47 U.S.C. § 553(c)(2)(C) on or before June 14, 2018.

                  BY THE COURT:

                  */s/ Gerald J. Pappert*
                  GERALD J. PAPPERT, J.